## THE STATE *vs.* ISAAC UPDIKE.

Re-trial had in a criminal case, at the same term; the first jury having been discharged by the court.

New Castle, May term, 1847. Indictment, kidnapping William Hogans, negro.

This case was tried on a previous day of this term; and the jury being unable to agree, after being up all night, were discharged by the Court from rendering a verdict.

It now came up again before another jury, and the defendant was convicted.

*Bayard, jr.,* moved to arrest judgment, on the ground that the jury having been discharged in the former case without the prisoner's consent, he could not be tried again without putting him twice in jeopardy; but he afterwards withdrew his motion, being satisfied that the ground was not tenable. (See 9 *Wheat. Rep.* 597.)